ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
David Boland, Inc. ) ASBCA No. 61470
)
Under Contract No. W9128F-15-C-0017 )

APPEARANCES FOR THE APPELLANT: Denis L. Durkin, Esq.
Michael S. Vitale, Esq.
  Baker & Hostetler LLP
  Orlando, FL

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Stacy K. Birkel, Esq.
Amanda A. Lyon, Esq.
Thomas J. Tracy, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Omaha

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 2, 2018

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61470, Appeal of David Boland, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals